United States District Court
Southern District of Texas
**ENTERED**
July 27, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ERIC HATZ, | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:17-cv-222 |
| NATIONWIDE PROPERTY AND | § | |
| CASUALTY INSURANCE COMPANY, | § | |
|    *Defendant.* | § | |

### ORDER GRANTING DEFENDANT NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY'S UNOPPOSED MOTION FOR INTRA-DISTRICT TRANSFER

ON THIS DAY came to be heard Defendant Nationwide Property and Casualty Insurance Company's Unopposed Motion for Intra-District Transfer. The Court finds that the motion is well taken, and should be and is GRANTED.

It is, therefore, ORDERED that this case be transferred to the Houston Division of the United States District Court for the Southern District of Texas.

Signed this the 26th day of July, 2017.

*/s/ George C. Hanks Jr.*
UNITED STATES DISTRICT JUDGE